AO 450 (Rev. 11/11)   Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

## May 15, 2026

SEAN F. McAVOY, CLERK

| | |
|---|---|
| CHARLES JOSEPH REEVIS, <br> *Plaintiff* <br> v. <br><br> SPOKANE COUNTY SUPERIOR COURT, EASTERN STATE HOSPITAL, and SPOKANE LODGE 34, <br> *Defendant* | ) <br> ) <br> ) <br> ) <br> ) <br><br> Civil Action No.   2:26-cv-00053-EFS |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐   the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐   the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑   other:   This action is DISMISSED without prejudice pursuant to LCivR 41(b)(2).

This action was *(check one)*:

☐   tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐   tried by Judge _____ without a jury and the above decision was reached.

☑   decided by Judge   Edward F. Shea

Date:   May 15th, 2026

*CLERK OF COURT*

s/Sean F. McAvoy

*Signature of Clerk*